UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CBRE, INC., <br><br> Plaintiff, <br> v. <br><br> HUGHES SEATTLE, INC., *et al.*, <br><br> Defendants. | No. C17-1127RSL <br><br> ORDER SEALING DOCUMENT |

This matter comes before the Court on the parties' "Joint Stipulated Motion to Seal." Dkt. # 34. The parties agree that a document submitted in support of plaintiff's motion for temporary restraining order should be sealed. Having reviewed the document at issue and the stipulation of the parties, the Court finds as follows:

Exhibit O to the declaration of John R. Miller (Dkt. # 5) will be sealed. Because all of the exhibits to Mr. Miller's declaration were filed in such a way that Exhibit O cannot be electronically separated from public materials, the Clerk of Court is directed to seal Dkt. # 5-1 in its entirety. CBRE shall, within three days of the date of this Order, file unsealed versions of Exhibits A-N and P-W.

Dated this 10th day of January, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER SEALING DOCUMENT