The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CBRE, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>vs.<br><br>HUGHES SEATTLE, INC. d/b/a HUGHES MARINO, INC., a Delaware corporation; OWEN RICE ENTERPRISES, INC., a Washington Corporation; OWEN RICE, an individual, and THE MARITAL COMMUNITY OF OWEN AND BONNIE RICE; and GAVIN CURTIS, an individual<br><br>Defendants. | Case Reference No.: 2:17-CV-1127 RSL<br><br>STIPULATED DISMISSAL WITH PREJUDICE<br><br>Hearing Date: March 21, 2018 |

The Parties hereby stipulate to dismiss all claims with prejudice. Each party shall bear its own attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: March 21, 2018

PERKINS COIE LLP

/s/ David A. Perez
David A. Perez, WSBA #43959
Email: dperez@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101 – 3099
Tel: 206.359.8000 / Fax: 206.359.9000
Attorneys for Defendants

SEBRIS BUSTO JAMES

/s/ Darren A. Feider
Darren A. Feider, WSBA #22430
Email: dfeider@sebrisbusto.com
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: 425-454-4233 / Fax: 425-453-9005
Attorneys for Plaintiff

STIPULATED MOTION TO DISMISS ALL CLAIMS – 1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2
3  DATED: March 23, 2018                    /s/ S Lasnik
                                          The Honorable Robert S. Lasnik

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED MOTION TO DISMISS ALL CLAIMS – 2